UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Dale Kal, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Meridian Financial Services, Inc.,<br><br>Defendants. | Case No.: 2:12-cv-10618-SVW-PJW<br><br>**ORDER**<br><br><br>JS-6 |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: December 12, 2013      _____

                                                    Judge: STEPHEN V. WILSON